**FILED**

01/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0478

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 23-0478

DANIEL BRIAN BOUDETTE,

Plaintiff/Appellant,

v.

TAMMY MARIE BOUDETTE, n/k/a TAMMY MARIE OSKERSON,

Defendant/Appellee

ORDER GRANTING APPELLEE OSKERON'S EXTENSION OF TIME
TO RESPOND TO OPENING BRIEF

Upon consideration for Appellee Oskerson's Motion for Extension of Time to file her response to Appellant's opening brief,

IT IS HEREBY ORDERED, that Appellee Oskerson's response brief shall be filed on or before the 12th day of February, 2024.

No further extensions will be granted unless Appellee demonstrates good cause to the Court as to the reason for the extension and whether there is an objection to the motion.

DATED this _____ day of January 2024.

For the Court,

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2024